UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-3092

LUIS AMAURIS DIAZ ALMANZAR,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A058-293-120)

Present:  AMBRO*, KRAUSE, and BIBAS, Circuit Judges

1.  Motion by Respondent to Recall the Mandate;

2.  Response by Petitioner to Respondent's Motion to Recall the Mandate;

3.  Respondent's Petition for Panel Rehearing.


                                        Respectfully,
                                        Clerk/tmm

_____ORDER_____
The foregoing motion to recall the mandate is granted.  In recognition of the fact that the Government did not have the opportunity to challenge the decision to make the opinion in this matter precedential, the Court will vacate the order of March 29, 2024 publishing the opinion and vacate the Precedential Opinion entered on that same date.  The Clerk is directed to re-issue the Court's original opinion as a Not Precedential Opinion as of the date of this order and immediately re-enter the mandate.  The Government's petition for panel rehearing is denied.


                                        By the Court,

                                        s/ Cheryl Ann Krause
                                        Circuit Judge


Dated: July 1, 2024
Tmm/cc: All Counsel of Record

_____

* Judge Ambro assumed senior status on February 6, 2023.



A True Copy:

Patricia S. Dodszuweit, Clerk